IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 01-41114
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FELIPE MILLAN-FLORES,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-01-CR-180-1
--------------------
April 19, 2002

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Felipe
Millan-Flores has moved to withdraw and has filed a brief
pursuant to Anders v. California, 386 U.S. 738 (1967).  Millan
has filed a response to counsel's motion.  Our independent review
discloses no nonfrivolous issue.  Counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH
CIR. R. 42.2.  Millan's motion for appointment of counsel is
DENIED.

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.